(121 So. 437)
## W. H. SPANN v. TOWN OF HARTFORD.
### (4 Div. 413.)

Supreme Court of Alabama.   March 28, 1929.

R. S. Ward, of Hartford, for petitioner.
E. C. Boswell, of Geneva, opposed.

PER CURIAM.   Petition of the town of Hartford for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in W. H. Spann v. Town of Hartford, 121 So. 436.
Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.